IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 19-cv-3851 |
| | : | |
| **CHERYL A. FRANCO, et al.,** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this ___15TH___ day of February, 2023, upon consideration of the Motion for Summary Judgment filed by Plaintiff JPMorgan Chase Bank, N.A. (ECF No. 28), the response in opposition to the motion filed by Defendants Cheryl A. Franco and Frank A. Franco (ECF No. 29), and Plaintiff's reply brief in further support of its motion (ECF No. 30), for the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**.

2. Judgment is entered in favor of Plaintiff and against Defendants on Contract 1 Note in the amount of $1,100,268.66.

3. Judgment is entered in favor of Plaintiff and against Defendants on Contract 2 Note in the amount of $993,856.18.

4. The Court directs the parties to file supplemental briefs, not to exceed five pages of text (excluding any necessary supporting documentation), addressing (1) the amount of interest that has accrued on Contract 2 Note from November 23, 2022 through the date of this Order and (2) the amount of attorneys' fees and legal expenses incurred. Plaintiff shall file its supplemental brief and documentation within fourteen (14) days of the date of this Order, and Defendants'

2

supplemental brief and any supporting documentation shall be filed within fourteen (14) days of the date of filing of Plaintiff's supplemental brief.  Plaintiff may file any reply brief (not to exceed three pages of text) within seven (7) days of the date of filing of Defendants' supplemental brief.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge